IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:94-MJ-035-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ERROL ANTHONY DAVIS,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss" (Document No. 2) filed May 20, 2024. This has been assigned to the undersigned Magistrate Judge, and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports it has been informed by the United States Marshals Service that Defendant is deceased. (Document No. 2).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss" (Document No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Complaint and Arrest Warrant in this matter are hereby **DISMISSED**.

**SO ORDERED**.

Signed: May 31, 2024

David C. Keesler
United States Magistrate Judge